IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SABRINA HOLMES                                                                            PLAINTIFF

v.                                                                    CIVIL ACTION NO.: 4:23-CV-171-JMV

COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

## ORDER GRANTING MOTION TO REMAND

On January 3, 2024, Defendant filed an unopposed motion for voluntary remand [14] for further administrative action under the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The court, having considered the motion, finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Remand is GRANTED and this matter is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED** this the 8th day of January, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**