**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE  DIVISION**

**SABRINA HOLMES**                                                                 **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 4:23-cv-171-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## ORDER ON PETITION FOR ATTORNEY FEES

Before the Court are Plaintiff's motion [17] for attorney fees pursuant to the Equal

Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and Defendant's response [18].  For the

reasons that follow, the motion is granted.

In these proceedings Plaintiff sought judicial review of the Social Security

Commissioner's final decision denying a claim for benefits.  On January 3, 2024, the

Commissioner filed a consent motion to remand [14] the case to the Social Security

Administration. On January 8, 2024, this Court's Order [16] granted said motion and reversed

the Commissioner's decision and remanded to the Social Security Administration for further

proceedings. A party who obtains a remand in a social security appeal pursuant to the fourth

sentence of 42 U.S.C. § 405(g) qualifies as a prevailing party for purposes of fees under the

EAJA. *Breaux v. U.S.D.H.H.S*, 20 F.3d 1324, 1324 (5th Cir. 1994) (per curiam).

Plaintiff, through her motion, seeks attorney fees in the amount of $1,350.44. In support

of the motion, Plaintiff's counsel submitted a statement regarding the time expended litigating

this action. According to the motion, Plaintiff's attorney spent a total of 5.6 hours on this case at

a rate of $241.15 per hour.

The Court, having thoroughly considered the motion, noting that the defendant does not oppose the motion, and the applicable law, finds the requested award is reasonable; and no special circumstance would make the award unjust.

Therefore, it is ordered that the Commissioner shall promptly pay Plaintiff $1,350.44 in attorney fees for the benefit of her counsel.  As a matter of practice, an EAJA fee made payable to Plaintiff may properly be mailed to Plaintiff's attorney.

SO ORDERED, this the 11th day of March, 2024.

**/s/ Jane M. Virden**
**UNITED STATES MAGISTRATE JUDGE**